# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PAUL D LUNDY
        Plaintiff

   v.

Civil Action No. 3:22-cv-247

JASON GRUBER
Public Safety Officer, #412

EON JOHNSON
Public Safety Officer, #481

ELI SHELLDEN
Public Safety Officer, #463

KALEB SHANK
Public Safety Officer, #478
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon E. DeGuilio.

DATE: 5/17/2022  GARY T. BELL, CLERK OF COURT

by   s/ A.Durnell
*Signature of Clerk or Deputy Clerk*